AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court
Southern District of Texas
FILED
JUL 0 2 2001
Michael N. Milby
Clerk of Court

# United States District Court

| District | |
|---|---|
| SOUTHERN DISTRICT OF TEXAS | |

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| PEDRO MARTINEZ-JAIMEZ | 33911-079 | 1:00CR00108-001 |

Place of Confinement
FCI FORREST CITY, ARKANSAS 72336-9000

B-01-119

UNITED STATES OF AMERICA       V.       PEDRO MARTINEZ-JAIMEZ
                                        (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS

2. Date of judgment of conviction  10 JULY 2000

3. Length of sentence  77 MONTHS

4. Nature of offense involved (all counts)  8 U.S.C. 1326(a) & (b), ALIEN FOUND TO BE IN THE UNITED STATES UNLAWFULLY AFTER DEPORTATION.

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____

ClibPDF - www.fastio.com

AO 243 (Rev 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not

    __DUE TO INEFFECTIVE ASSISTANCE OF COUNSEL. I REQUESTED MY COUNSEL__

    __TO APPEAL , BUT , HE FAILED TO DO SO .__

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION  If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds  If you select one or more of these grounds for relief, you must allege facts  The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled
(i) Denial of effective assistance of counsel
(j) Denial of right of appeal

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL.

Supporting FACTS (state *briefly* without citing cases or law) DEFENSE COUNSEL FAILED TO INVESTIGATE AND INTERVIEW WITNESSES IN MY FAVOR. HE FAILED TO REPRESENT ME AT MY PRE-SENTENCE INTERVIEW. HE FAILED TO MEET AND DISCUSS DEFENSE STRATEGIES WITH ME. HE FAILED TO EXPLAIN THE CHARGES AND THEIR RAMIFICATIONS. HE FAILED TO INQUIRE AS TO POSSIBILITY OF "FAST-TRACKING" MY CASE. DUE TO HIS INEFFECTIVENESS, I MADE AN UNKNOWING AND INVOLUNTARY

B. Ground two: PLEA WAS UNKNOWING AND INVOLUNTARY.

Supporting FACTS (state *briefly* without citing cases or law): MOVANT IS A MEXICAN NATIONAL, HE DOES NOT READ, WRITE, SPEAK OR UNDERSTAND ENGLISH. HE UNDERSTANDS NOTHING OF THE AMERICAN LEGAL SYSTEM. HE HAS A SIXTH GRADE EDUCATION. HE FELT HE WAS COERCED AND WAS UNDER DURESS AND STRESS TO PLEAD GUILTY. HE DID NOT UNDERSTAND THE RULE 11 COLLOQUY AND ANSWERED AS HIS ATTORNEY DIRECTED.

C. Ground three: ENHANCEMENT OF 16 OFFENSE LEVELS IS UNDULY HARSH, AND REPRESENTS INVIDIOUS, CLASS-BASED DISCRIMINATION.

Supporting FACTS (state *briefly* without citing cases or law): MOVANT'S SENTENCE WAS INDISCRIMINANTLY ENHANCED 16 OFFENSE LEVELS. NO HEARING WAS HELD TO DETERMINE THE FACTS. THIS ENHANCEMENT IS UNDULY HARSH, AND IS APPLIED ONLY TO ALIENS LIKE THE MOVANT, WITH NO REGARD AS TO THE GRAVITY OR NATURE OF THE OFFENSE.

(5)

AO 243 (Rev 5/85)

D  Ground four. _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

INEFFECTIVE ASSISTANCE OF COUNSEL.  MOVANT WAS UNAWARE OF THE AVAILABILITY OF

THESE GROUNDS UNTIL ONE WEEK AGO.

14  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☒

15  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein

(a) At preliminary hearing ___EDWARD A. STAPLETON         600 E. HARRISON ST.  # 102

BROWNSVILLE, TEXAS   78520-7119

(b) At arraignment and plea ___same___

(c) At trial ___n/a___

(d) At sentencing ___same___

AO 243 (Rev. 5/85)

(e) On appeal ___n/a___

(f) In any post-conviction proceeding ___pro se___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___n/a___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

x _Pedro Martinir_____
Signature of Movant

(7)

ATTACHMENT TO §2255 :   FACTS OF GROUND 1, CONT'D. :

PLEA OF GUILTY, AND, DUE TO HIS FAILURE TO REPRESENT ME AT THE PRE-SENTENCE INTERVIEW , I WAS EXPOSED TO A SENTENCE MORE SEVERE THAN I WOULD HAVE RECEIVED IF HIS COUNSEL AND REPRESENTATION HAD BEEN EFFECTIVE .

(5)(CONT'D)