# United States District Court
## DISTRICT OF _____

United States District Court
Southern District of Texas
FILED
JUL 0 2 2001
Michael N. Milby
Clerk of Court

Plaintiff
UNITED STATES OF AMERICA,

V.

PEDRO MARTINEZ-JAIMEZ,

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

B-01-119

CASE NUMBER: 1:00CR00108-001

I, __Pedro Martinez-Jaimez__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [X] Yes  [ ] No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  FCI FORREST CITY, ARKANSAS  72336-9000

    Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  [ ] Yes  [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer

    N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment          [ ] Yes  [X] No
    b. Rent payments, interest or dividends                   [ ] Yes  [X] No
    c. Pensions, annuities or life insurance payments         [ ] Yes  [X] No
    d. Disability or workers compensation payments            [ ] Yes  [X] No
    e. Gifts or inheritances                                  [ ] Yes  [X] No
    f. Any other sources                                      [X] Yes  [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Prison wages, minor gifts from friends, family

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     ✗ Pedro Martinez
              (Date)                        Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ .54¢ _____
on account to his credit at the __Forrest City Federal Correctional Facility__
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 1470.80

_____
Authorized Officer of Institution

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted  Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor |
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
TER INMATE NUMBER   33911080       PIN # 1564   MAIL BOX # W1

ATE NAME..........:MARTINEZ-JAIMES, PEDRO NMI          RESTRICTION.:00/00/00

ATE UNIT..........:W1
CIAL SORT CODES..:
ATE STATUS.......:A
STANDING CHECKS..:.00                    ¾///////////////////////□
CIAL PURPOSE ORD.:196.30                 □Press return /| to review □
CUMBRANCE BALANCE.:.00                   □transactions in detail -OR-□
COUNT BALANCE.....:196.84                □Press Home for controlled  □
IDATION CODE.....:01                     □item purchases          -OR-□
IDATION LIMIT....:275.00                 □Press Esc for next inquiry.□
IDATION EXPENDED.:.00                    ½///////////////////////'
AILABLE BALANCE...:.54
RIOD PURCHASES....:.00              LAST 6 MO. DEPOSITS..:1470.80
 PURCHASES.......:1361.50           LAST 6 MO. WITHDRAWALS..:1175.30
ST ACTIVITY DATE..:05/29/01                FRP PLAN....:Q
ST SALE DATE......:05/29/01                FRP RATE....:00
RIVAL DATE........:09/19/00                FRP AMOUNT..:25
PARTURE DATE......:00/00/00         RESTRICTED SPEND LIMIT:999.99
RIVE FROM.........:000               RESTRICTION EXPENDED:.00
ANSFER TO.........:000
                                                                    C
```

ClibPDF - www.fastio.com