3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

PEDRO MARTINEZ-JAIMEZ      *

VS      *   C.A. NO. B-01-119

UNITED STATES OF AMERICA      *   (Cr. No. B-00-108)

# O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C.

Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before

**September 10, 2001**.

DONE at Brownsville, Texas, this 6th day of July 2001.

_____
Felix Recio
United States Magistrate Judge