UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

PEDRO MARTINEZ-JAIMEZ           *

VS                              *   C.A. NO. B-01-119

UNITED STATES OF AMERICA        *   (Cr. No. B-00-108)

## ORDER

The above-styled and numbered 28 U.S.C. § 2255 cause of action has been set for an **evidentiary hearing** on November 8, 2001, at 2:00 p.m. Therefore, attorney Philip T. Cowen is hereby appointed to represent the Petitioner at said hearing.

The United States Attorney is hereby **ORDERED** to issue an administrative writ ad testificandum for the Petitioner to consult with his counsel on November 2, 2001, and for his presence at the evidentiary hearing on November 8, 2001.

DONE at Brownsville, Texas, on 20th day of September 2001.

_____
Felix Recio
United States Magistrate Judge