United States District Court
Southern District of Texas
FILED

OCT 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| v. | ) | C.R. No. B-00-108 |
| | ) | C.A. No. B=01-119 |
| Pedro Martinez-Jaimez, | ) | |
| Petitioner. | ) | |

## MOTION TO APPOINT COUNSEL

COMES now petitioner, **in propria persona**, and files this his motion for appointment of Counsel in the above-styled action, and states as follows :

1. He is indigent, and presently in custody at FCI FORREST CITY AR.
2. He brings this action in good faith, and believes the claims are meritorious.
3. He is untrained in the Law, and finds himself at a great disadvantage in prosecuting his claims.

Wherefore, for the reasons set out above, Pedro Martinez moves this honorable Court to appoint Counsel to his assistance. For this and any or other further relief, he respectfully prays.

Respectfully submitted,

*Pedro Martinez Jaimez*
Pedro Martinez-Jaimez
P.O.Box 9000/33911-080
F.C.I. FORREST CITY, AR  72336-9000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached foregoing was duly mailed to the U.S. Attorney(s) this _27_ day of _Sept._, 2001.

_Pedro Martinez Jaimez_
Sr. Pedro Martinez-Jaimez

United States Attorneys
(Gregory A. Serres, AUS)
(Mark M. Dowd, Ass't. AUS)
600 E. Harrison, #201
Brownsville, TX 78520

(22)