*10*

COURTROOM MINUTES: **Felix Recio Judge Presiding**
             Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| Court Reporter | : | Barbara Barnard |
| Interpreter | : | Sandra Cortez |
| CSO | : | Figueroa |
| Date | : | **November 8, 2001 at 2:00 pm** |

United States District Court
Southern District of Texas
~~RECEIVED~~ Filed
NOV 0 8 2001
Michael N. Milby, Clerk

------------------------------------------------------------------

**CASE CA NO.** B-01-CV-119
Pedro Martinez-Jaimez                                    P Cowen

vs

United States of America                                 Mark M Dowd
------------------------------------------------------------------

## EVIDENTIARY HEARING

Plaintiff present with attorney P Cowen; Mark M Dowd present for the AUSA;

AUSA announces to the Court that Mr Stapleton, who was summoned by the Court, is not present;
Court states that no summons was issued and can not proceed with this case;

The Court resets this matter for November 21, 2001 at 2:00 p.m.;
Court will issue order to summon Mr Stapleton;

Court explains to Mr Martinez the cause for resetting this matter;

Deft remanded to the custody of USM.