# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent | |
| vs. | C.R. NO. B-00-108 |
| PEDRO MARTINEZ-JAIMEZ<br>Petitioner<br>(C.A. NO. B-01-119) | |

## ORDER

It is hereby ORDERED that Petitioner's 'ineffective assistance' claim be set for an evidentiary hearing on the 21st day of November, 2001, at 2:00 p.m..

The United States District Clerk's Office is **ORDERED** to summon to the hearing the Petitioner's trial counsel, Mr. Edward Stapleton, Federal Public Defender Bureau, Fort Worth, Texas. The Federal Public Defender is directed to produce its entire case file for purpose of the hearing.

SIGNED this 13th day of November, 2001.

Felix Recio
United States Magistrate Judge