UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO MARTINEZ-JAIMEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-119 |
| | * | (Criminal Case No. B-00-108) |
| UNITED STATES OF AMERICA | * | |

## ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR CONTINUANCE OF NOVEMBER 21, 2001 §2255 HEARING

CAME ON to be heard the Respondent's motion for continuance of the November 21, 2001 §2255 hearing in the above-entitled and numbered cause to November 29, 2001 and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the November 21, 2001 §2255 hearing is continued to __November 29__, 2001 at __2:00__ a.m./p.m..

DONE on this the **20th** day of __November__, 2001 in Brownsville, Texas.

for FELIX RECIO
United States Magistrate Judge