```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk   :    M Garcia
Court Reporter    :    Breck Record
Interpreter       :    Sandra Cortez
CSO               :    Figueroa
USM               :    M Walker
Date              :    December 11, 2001 at 9:10 a.m.
```
---
CIVIL CASE NO. B-01-119
CRIMINAL NO. B-00-108

Pedro Martinez-Jaimez                                         P Cowen, apptd

vs

United States of America                                      Mark M Dowd
---

**EVIDENTIARY HEARING**

Plaintiff present with attorney P Cowen;  Mark Dowd present for AUSA;

Court advises all parties that issue pending is the ineffective assistance of counsel

J Wilde present as supervisory assistance for Public Defenders' Office, inquiring as to the production of their file to the Government;
Court states order to produce still stands;

P Cowen calls witness, Pedro Martinez-Jaimez;
Witness sworn and proceeds to states facts of case;
Witness identifies his attorney Mr Stapleton;
P Cowen passes the witness;

AUSA, M Dowd proceeds to question the witness;
Witness states his atty informed him he would file an appeal, and told him so before he was sentenced;

The Court addresses the witness;
Witness states to the Court that he told his atty to file an appeal before he was sentenced;
Witness excused;

M Dowd calls his witness, Mr Stapleton;
Witness sworn and explains his background in the spanish language;
Witness states had no difficulty understanding Mr Martinez-Jaimez;
Witness states he explained to the deft that there was no valid basis for an appeal and it would be better to proceed with a 2255;

M Dowd marks two documents as Govts exhibit 1 & 2; Exhibits admitted without objection
Witness excused;

The Court will prepare Report and Recommendation which will recommend that the relief under 2255 will be **denied**;
Court adjourned 11:00 a.m.

# Case History Report   SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE

Page: 1

## Client: MARTINEZ-JAIMEZ, PEDRO
### Case#: TXSBR200000206
FILTER: Case number = 'TXSBR200000206'

| Date/Staff | Code | Description | Entered By | Hours |
|---|---|---|---|---|
| **02/22/2000 ( Tuesday )** | | | | |
| EDWARD A. STAPLETON | KINI | | MUB/TXSBR00007 | 1.0 |
| Total Records for 02/22/2000: | | 1 | Total hours: | 1.0 |
| **03/21/2000 ( Tuesday )** | | | | |
| EDWARD A. STAPLETON | MMTN | VISIT AUSA | MUB/TXSBR00007 | 0.5 |
| Total Records for 03/21/2000: | | 1 | Total hours: | 0.5 |
| **03/23/2000 ( Thursday )** | | | | |
| EDWARD A. STAPLETON | CINI | ARRAIGNMENT | MUB/TXSBR00007 | 0.5 |
| EDWARD A. STAPLETON | MMTN | DISCOVERY | MUB/TXSBR00007 | 1.0 |
| Total Records for 03/23/2000: | | 2 | Total hours: | 1.5 |
| **04/12/2000 ( Wednesday )** | | | | |
| EDWARD A. STAPLETON | KCOP | Visit with client in jail. We reviewed the range of punishment. He wishes to plead guilty, but believes there are mitigating circumstances. He says he was not really guilty of the underlying transporting charge, but only drunk when he picked up the people. Moreover, he says he did not get warnings when deported before. This case needs a note 5 motion for downward departure. | EAS/TXSBR00012 | 1.0 |
| Total Records for 04/12/2000: | | 1 | Total hours: | 1.0 |
| **04/13/2000 ( Thursday )** | | | | |
| EDWARD A. STAPLETON | CCOP | This was a cold plea. I recited under sentencing issues, note 5 issue as his only prior conviction was transporting. I also raised the issue of ex post facto, since 5th Cir. only recently repealed the law. Also, I told him we'd get the information from his prior INS deportation, regarding warnings about returnings. | EAS/TXSBR00012 | 0.8 |
| Total Records for 04/13/2000: | | 1 | Total hours: | 0.8 |
| **07/10/2000 ( Monday )** | | | | |
| EDWARD A. STAPLETON | KSEN | Mr. Martinez is faced with 70 months, plus a revocation. He has an old transporting charge for which he apparently did time in 86. Then in '98 he pled to another transporting case for which he received 8 months that is the basis of this revocation.<br><br>Sandra handled the underlying case and had noted in his file he was not guilty, but Shel Weisfeld was hired and pled him to 8 months. The client still maintains his innocence. | EAS/TXSBR00012 | 1.0 |

Printed: 09/10/2000  at 20:33:48

Report form: rCaseAna.frx

# Case History Report   SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE

Page: 2

## Client: MARTINEZ-JAIMEZ, PEDRO
### Case#: TXSBR200000206
FILTER: Case number = 'TXSBR200000206'

| Date/Staff | Code | Description | Entered By | Hour |
|---|---|---|---|---|
| EDWARD A. STAPLETON | CSEN | Mr. Martinez received 70 months plus six on the revocation.<br>The underlying offense needs to be examined.<br>Also, I am inclined to file a motion for new trial under Apprendi. | EAS/TXSBR00012 | 1.0 |
| EDWARD A. STAPLETON | KSEN | Conference client. We will not appeal case, but we will review potential 2255 on underlying conviction. | EAS/TXSBR00012 | 1.0 |
| **Total Records for 07/10/2000:** | | 3 | **Total hours:** | **3.0** |
| **08/01/2000 ( Tuesday )** | | | | |
| EDWARD A. STAPLETON | MSEN | Conference wife, re; potential 2255. | EAS/TXSBR00012 | 0.5 |
| **Total Records for 08/01/2000:** | | 1 | **Total hours:** | **0.5** |
| **Total records for Case:** | | 10 | **Total hours for Case:** | **8.3** |



Printed: 09/10/2000 at 20:33:48                                    Report form: rCaseAna.frx