```
                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

16

```
                                    )
PEDRO MARTINEZ-JAIMEZ               )
                                    )   CIVIL ACTION NO.
VS.                                 )   B-01-119
                                    )
UNITED STATES OF AMERICA            )
                                    )
```

                         EVIDENTIARY HEARING
            BEFORE THE HONORABLE MAGISTRATE FELIX RECIO
                         DECEMBER 11, 2001

APPEARANCES:

For the Petitioner:        MR. PHILIP COWEN
                           Attorney at Law
                           Brownsville, Texas

For the Defendant:         MR. MARK DOWD
                           Assistant United States Attorney
                           Brownsville, Texas

For the Defendant:         MR. JEFF WILDE
                           Assistant Federal Public Defender
                           Brownsville, Texas

Transcribed by:            BRECK C. RECORD
                           Official Court Reporter
                           600 E. Harrison, Box 16
                           Brownsville, Texas  78520
                           (956)548-2510




              Captured and Transcribed by Computer - Eclipse