United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO MARTINEZ-JAIMEZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-119 |
| UNITED STATES OF AMERICA, Respondent. | § § § | CRIMINAL NO. B-00-108 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this 10 day of July, 2002.

Hilda Tagle
United States District Judge

13