1

**UNITED STATES DISTRICT COURT**

United States District Court
Southern District of Texas
FILED

2

**FOR THE SOUTHERN DISTRICT OF TEXAS**

JUN 0 9 2003

3

**BROWNSVILLE, DIVISION**

Michael N. Milby
Clerk of Court

4

5    UNITED STATES OF AMERICA            )        C A B - 0 1 - 119

6                                        )        Cause No. B-00-108-01

7                    VS.                 )

8    PEDRO MARTINEZ JAIMES               )

9                    PETITIONER

U. S. COURT OF APPEALS
RECEIVED
JUN 0 9 2003
NEW ORLEANS, LA

10

11                        **NOTICE OF APPEAL**

12

13    TO THE HONORABLE JUDGE OF SAID COURT:

14    COMES NOW **PEDRO MARTINEZ JAIMES** THE PETITIONER HEREIN ACTING PRO-SE

15    AND SUBMITS THIS HIS NOTICE OF APPEAL AND WOULD SHOW THIS HONORABLE

16    COURT AS FOLLOW:

17

18        NOTICE OF APPEAL IS HEREBY GIVEN, TO APPEAL A FINAL ORDER FROM THE

19    SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, DIVISION, TO THE HONORABLE

20    COURT OF APPEALS FOR THE FIFTH CIRCUIT.

21    NOTICE OF APPEALS IS HEREBY GIVEN PURSUANT TO THE FEDERAL RULES OF

22    APPELLATE PROCEDURES RULE 4(b)(1) & 4.

23        PETITIONER WOULD RESPECTFULLY REQUEST THIS HONORABLE COURT TO

24    ALLOW HIM TO PROCEED ON THIS APPEAL WHILE IN FORMA PAUPERIS DUE TO

25    PETITIONER'S POVERTY.

26

27

28

1  AT THIS TIME PETITIONER WOULD RESPECTFULLY INVOKE THE UNITED STATES

2  SUPREME COURT DECISION ON *HAYNES VS. KERNER 404-U.S.- 30 L ED. 2D. 519 (1975).*

3  WHEREIN THE COURT HELD THAT ALLEGATION OF A PRO-SE COMPLAINT TO LESS

4  STRINGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYERS.

5

6  ON THIS DAY ⁴ OF THIS MONTH OF June OF THIS YEAR 2003.

7

8                                    **RESPECTFULLY SUBMITTED**

9                                    *Pedro Martinz*

10                                   **PEDRO MARTINEZ JAIMES**

11                                   **Fed. no.** 33911-080

12                                   **GILES W. DALBY CORRECT. FACT.**

13                                   **805 NORTH AVE. - F**

14                                   **POST, TEXAS. 79356**

15

16                          **CERTIFICATE OF SERVICE**

17

18  I **PEDRO MARTINEZ JAIMES** ON THIS DAY ⁴ OF THIS MONTH OF June OF THIS

19  YEAR 2003. SEND A TRUE AND CORRECT COPY OF THIS MY NOTICE OF APPEAL, TO

20  THE U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS,

21  BROWNSVILLE, DIVISION.

22                                   **RESPECTFULLY SUBMITTED**

23                                   *Pedro Martinz*

24                                   **PEDRO MARTINEZ JAIMES**

25                                   **FED. NO.;** 33911-080

26                                   **GILES W. DALBY CORRECT. FACT.**

27                                   **805 NORTH AVE. - F**

28                                   **POST, TEXAS. 79356**