23

1   UNITED STATES DISTRICT COURT
2   FOR THE SOUTHERN DISTRICT OF TEXAS
3   BROWNSVILLE, DIVISION
4   §
5   UNITED STATES OF AMERICA
6   §   Appeal No. 03-40854
7   Vs.   Docket No. B-00-CR-108-1
8   PEDRO MARTINEZ JAIMEZ   §   CAB-01-119
9   Petitioner
10
11  **PETITIONER'S MOTION TO PROCEED APPEAL WHILE IN FORMA PAUPERIS**
12
13  TO THE HONORABLE JUDGE OF SAID COURT:
14  COMES NOW **OSCAR HERNAN ARROYO**, THE PETITIONER HEREIN ACTING PRO-SE
15  AND SUBMITS THIS HIS MOTION TO PROCEED APPEAL WHILE IN FORMA PAUPERIS
16  AND WOULD SHOW THIS HONORABLE COURT AS FOLLOW:
17
18  AT THIS TIME PETITIONER WOULD INVOKE THE UNITED STATES SUPREME COURT
19  DECISION ON *HAYNES VS. KERNER 404-U.S. 30 L ED. 2D. 519 (1975)*. WHEREIN THE
20  COURT HELD THAT ALLEGATIONS OF A PRO SE COMPLAINT TO LES STRINGENT
21  STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYERS, THUS PETITIONER
22  RESPECTFULLY WOULD INVOKE THIS DECISION FOR SO THIS HONORABLE COURT
23  WOULD CONSTRUCT THIS MOTION LIBERALLY FOR THE BENEFIT OF THIS COURT
24  AS WELL AS FOR THE BEST INTEREST OF JUSTICE.
25
26
27
28

*U.S. COURT OF APPEALS RECEIVED JUL 0 7 2003 NEW ORLEANS, LA*

1  **ISSUE IN GENERAL**

2  PETITIONER IS NOW PRESENTLY INCARCERATED FOR A VIOLATION OF FEDERAL
3  LAW, TO WIT ILLEGAL RE - ENTRY INTO THE UNITED STATES. DUE TO PETITIONER'S
4  INCARCERATION IS NOT POSSIBLE TO PRE PAY THE COST OF HIS APPEAL,
5  THEREFORE PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT TO
6  ALLOW HIM TO PROCEED WHILE IN FORMA PAUPERIS.

7  AT THE INSTITUTION WHERE PETITIONER IS PRESENTLY INCARCERATE THERE IS
8  NO JOB ASSIGNMENT THAT WOULD MAKE PETITIONER AVAILABLE TO PAY FOR THE
9  APPEAL. THEREFORE IN FORMA PAUPERIS IS RESPECTFULLY REQUESTED DUE TO
10 HIS POVERTY.

11

12  **CONCLUSION**

13

14  FOR THE FOREGOING REASONS PETITIONER PRAYS THAT THIS
15  HONORABLE COURT WOULD GRANT THIS HIS MOTION *TO PROCEED*
16  *APPEAL WHILE IN FORMA PAUPERIS*, BASED ON THE CLEAR FACT THAT
17  PETITIONER IS IN POVERTY AND/OR FOR THIS HONORABLE COURT TO
18  GRANT ANY OTHER RELIEF FOR WHICH MAY DEEM JUST AND PROPER.

19

20  ON THIS DAY 20 OF THIS MONTH OF June OF THIS YEAR 2003

21

22                          RESPECTFULLY SUBMITTED
23                          Pedro Martin
24                          PEDRO MARTINEZ JAIMEZ
25                          FED. NO.33911-080
26                          GILES W. DALBY CORRECT. FACT.
27                          805 NORTH AVE. - F
28                          POST, TEXAS. 79356

**CERTIFICATE OF SERVICE**

I PEDRO MARTINEZ JAIMEZ ON THIS DAY 3o OF THIS MONTH OF 6 OF THIS YEAR OF 2003 SEND A TRUE AND CORRECT COPY OF THIS MY MOTION TO THE U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, DIVISION.

                      RESPECTFULLY SUBMITTED

*pedro Martinez*

PEDRO MARTINEZ JAIMEZ

FED. NO.33911-080

GILES W. DALBY CORRECT. FACT.

805 NORTH AVE. - F

POST, TEXAS. 79356