UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 1 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PEDRO MARTINEZ JAIMEZ, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-119 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER

The Petitioner's Application to Proceed in Forma Pauperis (Doc. # 23) is hereby **GRANTED**. Let the Applicant proceed on appeal without the pre-payment of cost of fees or the necessity of giving security therefor.

This United States District Clerk's office is hereby ordered to close this case.

DONE at Brownsville, Texas, this 17th day of July, 2003.

Felix Recio
United States Magistrate Judge