IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40854

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PEDRO MARTINEZ-JAIMEZ

    Defendant - Appellant

U. S. COURT OF APPEALS
**FILED**
JAN 1 5 2004
CHARLES R. FULBRUGE III
CLERK

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 15, 2004, for want of prosecution. The appellant failed to timely file motion for certificate of appealability and brief in support.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shari D. Stewman, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana   JAN 1 5 2004